UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

SCF CEDAR LLC, ET AL.,

                          Plaintiffs,

          - against -

ROBERT GUZMAN, ET AL.,

                          Defendants.

————————————————————————————

25-cv-9625 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties' request for a sixty-day stay to continue settlement discussions is **granted**. The case is accordingly **stayed**. The parties are requested to provide a status update by April 20, 2026.

SO ORDERED.

Dated:   New York, New York
         February 19, 2026

                                   John G. Koeltl
                          United States District Judge