UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SCF CEDAR LLC, et al.,

                Plaintiff(s)

                25 civ 9625 (JGK)

    -against-

ROBERT GUZMAN, et al.,

                Defendant(s).
--------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, March 12, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 5, 2026